UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ROBLES-TORRES,<br><br>                     Petitioner,<br><br>v.<br><br>TODD BLANCHE,<br><br>                   Respondents. | Case No.:  26cv3586-LL-DEB<br><br>**ORDER DENYING AS MOOT PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241, MOTION TO APPOINT COUNSEL, AND MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 2, 3]** |

Presently before the Court is Petitioner Jose Robles-Torres' Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, Motion to Appoint Counsel and Motion for Temporary Restraining Order. ECF Nos. 1, 2, 3. On June 26, 2026, Respondents filed a Notice of Execution of Removal Order, which substantiates Petitioner Jose Robles-Torres's removal from the United States on June 10, 2026 (prior to the date of the filing of

1

his Petition and corresponding Motions). *See generally* ECF No. 4; *see also* Docket. In light of Petitioner's removal, the Court **DENIES AS MOOT** Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, Motion to Appoint Counsel and Motion for Temporary Restraining Order. ECF Nos. 1, 2, 3. The Clerk of Court **SHALL CLOSE** this case.

　　**IT IS SO ORDERED.**

Dated:　June 29, 2026

_____
Honorable Linda Lopez
United States District Judge

26cv3586-LL-DEB